# Order

Michigan Supreme Court
Lansing, Michigan

January 30, 2012

143985

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ALANTAE ANTHONY JONES,
        Defendant-Appellant.

SC: 143985
COA: 305204
Wayne CC: 09-029853-FC

_____/

      On order of the Court, the application for leave to appeal the September 21, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2012

_____
Clerk

y0123